FILED
IN CLERKS OFFICE
2025 JUL -1 AM 11: 19
US DISTRICT COURT
DISTRICT OF MASS.

United States District Court
District of Massachusetts

Commonwealth
v.
Francis G. Byrne III

Injunctive Relief

Now Comes the defendant, Francis G. Byrne III hereby moves this Honorable Court Pursuant to Mass. R. Crim. P. 30(a) Unlawful Restraint for the following;

Justice Fortes of the Supreme Judicial Court issued a mutual no contact order between me and Edward Sharkansky J. of 4th District Court, Wareham ma 02571, 2200 Cranberry Hwy.

On dockets 2460CR0299 and 2460CR0445 Edward Sharkansky Sentenced me to 18 months on both dockets according to the Mitt Shown to me by Plymouth County Correctional Facility Officer Gamble.

William Galvin J. was put on Special assignment by Fortes J. for this Specific reason, I've attempted to file for Unlawful Restraint both with Wareham

District Court, 2nd the Supreme Judicial Court only to be ignored. I believe without a doubt this calls for extraordinary measures as all grievances filed with Plymouth County Correctional Facility have been ignored, as well as basically every request I've ever made.

Furthermore on docket 2016CR0610 which in the later months of 2021 when I wrote Dolf has been overturned in October the 18th of 2024 however I was held until November 21 2024 only to be threatened by Officers Rogers 23 to 50, many U.S. citizens are shot by police a year via a (facebook Reel in passing) in addition last year I was

sent all over from Weymouth Quincy New Bedford by Edward Shechenski (B-fisicated Dockets) which I sent to the Attorney General with multiple presentments for 1983 Claims only to be threatened more than 2 few times.

Wareham District Court has violated my Rights my whole life. Le Cherres/New Seen 2 Jury Trial Article 3, I've even been assaulted, executing forced to sign 2 Greensheet, violating M.G.L.A. 12§11H Coercion, threats, intimidation.