UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCIS G. BYRNE,<br><br>  Petitioner,<br><br>v.<br><br>COMMONWEALTH, et al.,<br><br>  Respondents. | Civil Action No.<br>25-11730-FDS |

### ORDER

**SAYLOR, J.**

     Francis G. Byrne, a *pro se* litigant who is confined at the Plymouth County Correctional Facility, has filed a pleading titled "Habeas Corpus" in which he asks for release "due to the Amount of Retaliation by the Courts and Plymouth County Correctional Facility." Doc. No. 1 at 1. In a separate document titled "Injunctive Relief," Byrne asks for release. Doc. No. 2. In both documents, he complains about numerous state criminal prosecutions against him, some of which were allegedly resolved in his favor. According to Byrne, the "Wareham District Court has violated [his] rights [his] whole life." *Id.* at 2.

     To the extent petitioner seeks federal review of a state-court judgment pursuant to which he is in custody, he may only do so by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2254 after having exhausted his state remedies. *See* 28 U.S.C. § 2254(a), (b). The fee for filing a habeas petition is $5.00. *See* 28 U.S.C. § 1914(a). If Byrne cannot afford the fee, he may ask the Court to waive it.

     To the extent petitioner seeks to commence a civil-rights action, he must file a complaint in which he clearly identifies the litigants and their alleged wrongful conduct. The filing fee for

a non-habeas civil action is $405.  When a prisoner is allowed to proceed without prepayment of the fee, he must still pay $350 of that fee over time, regardless of the duration or outcome of the action.  *See* 28 U.S.C. § 1915(b).

Because the nature of the action is unclear, the Court DISMISSES this action without prejudice.  The Clerk shall provide petitioner with the form used to prepare a § 2254 habeas petition (should he choose to seek habeas relief), the Court's "Simple Guide to Filing a Civil Action" (should Byrne choose to bring a non-habeas civil action), and an Application to Proceed in District Court Without Prepaying Fees or Costs.  The Court takes no position as to whether petitioner should seek further relief in this Court, or whether he is entitled to such relief.  **So ordered.**

Dated: January 20, 2026

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge